117–119 WEST 46TH STREET CORPORATION, Appellant, *v.* HARRY K. WALLACH et al., Respondents.

(Argued October 16, 1929; decided November 19, 1929.)

*Albert R. Lesinsky* and *Paul Van Anda* for appellant.

*Robert D. Steefel, Walter S. Dryfoos* and *Edward Friedwald* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.